UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY LEE KISSINGER,

    Petitioner,

                                                 Case No. 4:04-cv-101

v.

                                                 Hon. Wendell A. Miles

TERRY PITCHER,

    Respondent.

_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On August 14, 2006, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a Report and Recommendation ("R & R") recommending that petitioner's application for habeas corpus relief be dismissed. No objections were filed to the R& R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

      IT IS HEREBY ORDERED that Petitioner's application for habeas corpus relief is denied.


Dated: August 31, 2006                                              /s/ Wendell A. Miles
                                                                               Wendell A. Miles
                                                                               Senior U.S. District Judge